

# Fourth Court of Appeals
## San Antonio, Texas

February 11, 2022

No. 04-21-00555-CV

Richard L. **FLEMING** III,
Appellant

v.

**NASA FEDERAL CREDIT UNION**,
Appellee

From the County Court, Guadalupe County, Texas
Trial Court No. 2020CV0167
Honorable Bill Squires, Judge Presiding

# O R D E R

Sitting:    Patricia O. Alvarez, Justice
           Luz Elena D. Chapa, Justice
           Irene Rios, Justice

This is an accelerated appeal of the trial court's December 15, 2021 order granting Appellee's application for turnover and appointment of a receiver.

On February 11, 2022, Appellant Richard L. Fleming III, who is representing himself, filed a "Relator's Emergency Motion to Stay Enforcement of Trial Court's Order Pending Decision of Interlocutory Appeal." Appellant's motion asks this court to stay the enforcement of the trial court's order until thirty days after the disposition of his interlocutory appeal.

Appellant's motion refers to himself as relator, and he cites appellate rules applicable to original proceedings, *e.g.*, TEX. R. APP. P. 52.10 (Temporary Relief), but this is a direct appeal, and the appellate rules pertaining to original proceedings do not apply.

Nevertheless, construing Appellant's motion liberally, we might consider it an attempt to suspend enforcement of the judgment pending appeal. *See* TEX. R. APP. P. 24.1. Even applying that construction, Appellant has not shown how he is entitled to the requested relief.

Appellant's motion for emergency relief is DENIED.

FILE COPY

_Patricia O. Alvarez_
Patricia O. Alvarez, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of February, 2022.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court